IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LIZA FAWN GOOCH, | : | |
| Plaintiff, | : | Case No. 3:06cv153 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JUVENILE DIVISION, GREENE COUNTY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is ORDERED that:

1. The Report and Recommendations filed on May 23, 2006 (Doc. #5) is ADOPTED in full.

2. Plaintiff's Complaint is DISMISSED.

3. The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of this Decision and Entry would not be taken in good faith and therefore DENIES Plaintiff leave to appeal *in forma pauperis*. Plaintiff, a non-prisoner remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

4. The case is terminated on the docket of this Court.

_____
Thomas M. Rose
United States District Judge